# Elliott Greenleaf

www.elliottgreenleaf.com
A Professional Corporation

1105 Market Street, Suite 1700
P.O. Box 2327
Wilmington, Delaware 19899
Phone: (302) 384-9400 • Fax: (302) 384-9399

August 14, 2009

**VIA E-FILING AND HAND DELIVERY**
The Honorable Gregory M. Sleet
Chief United States District Judge
United States District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

Re: *JPMorgan Chase Bank, N.A. v. Washington Mutual, Inc.*, Adv. Proc. No. 09-50551 (MFW) (Bankr. D. Del)
*Washington Mutual, Inc. v. JPMorgan Chase Bank, N.A.*, Adv. Proc. No. 09-50934 (MFW) (Bankr. D.Del.)

Dear Chief Judge Sleet:

On behalf of Washington Mutual, Inc. and WMI Investment Corp., I write in response to the letter submitted by JPMorgan Chase Bank, N.A. ("JPMC") dated August 11, 2009, attaching "supplemental authority" in further support of its motion to withdraw the reference from the United States Bankruptcy Court for the District of Delaware for the two abovementioned adversary proceedings. In its letter, JPMC references a recent decision from the Northern District of Georgia, *Lubin v. Skow*, No. 1:09-CV-1155-RWS, 2009 U.S. Dist. LEXIS 62414 (N.D. Ga. July 20, 2009), asserting that the decision sets forth a principal that "is at the heart" of JPMC's motion.

*Lubin* is readily distinguishable from the instant actions and thus does not support JPMC's pending motion. Unlike *Lubin,* where the distinct non-Title 11 issue remained ripe for the bankruptcy court's consideration, here, the bankruptcy court, pursuant to controlling Third Circuit authority, has already denied JPMC's and the FDIC's motions to dismiss or stay the actions pursuant to 12 U.S.C. § 1821(d)(13)(D) *in their entirety* – a final ruling which the FDIC and JPMC have appealed.

The Honorable Gregory M. Sleet
August 14, 2009

      Moreover, in *Lubin*, the claims asserted by the trustee – for breach of fiduciary duty, negligence, and attorneys fees – were non-core claims involving *only* non-bankruptcy issues. *Id.* at *1, 7. In contrast, the claims and counterclaims asserted in the adversary proceedings here are indisputably core bankruptcy claims.

                                                                       Respectfully submitted,

                                                                       Neil R. Lapinski, Esq.

NRL/jaa

cc:     Mark D. Collins, Esquire (via Hand Delivery)
        Brian S. Rosen, Esquire (via First Class Mail)
        Marcis L. Goldstein, Esquire (via First Class Mail)
        Michael F. Walsh, Esquire (via First Class Mail)
        David B. Stratton, Esquire (via Hand Delivery)
        Laurence Z. Shiekman, Esquire (via First Class Mail)
        Elizabeth S. Campbell, Esquire (via First Class Mail)
        Peter E. Calamari, Esquire (via First Class Mail)
        Michael B. Carlinsky, Esquire (via First Class Mail)
        Susheel Kirpalani, Esquire (via First Class Mail)
        Robert M. Sacks, Esquire (via First Class Mail)
        Stacey R. Friedman, Esquire (via First Class Mail)