IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Washington Mutual Inc et al            Docket Item # 15

| | |
|---|---|
| JPMorgan Chase Bank, National Association <br>     Appellant <br> v. <br><br> Washington Mutual Inc. et al <br>     Appellee | Civil Action No. 09cv618GMS <br><br><br><br><br> Bankruptcy Case No. 08-12229 <br> ADV 09-50934 <br> AP 09-64 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 7/6/2009 was docketed in the District Court on 8/17/2009:

    Order Denying Motion to Dismiss Adversary Proceeding
    Order Denying (A) Motion to Stay and (B) Motion to Stay or
    Dismiss Adversary Proceeding
    Order Denying Motion to Stay Adversary Proceeding

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply. **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief.** Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                        Peter T. Dalleo
                                                        Clerk of Court

Date:   August 17, 2009
To:     U.S. Bankruptcy Court
         Counsel